ΛO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of Massachusetts

Freddie A. Parsons

      Plaintiff

V.

Luis Spencer
    Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05-11315 REK

I, __Freddie A. Parsons__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Massachusetts Corr. Institute Norfolk__

   Are you employed at the institution? __NO__    Do you receive any payment from the __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

       N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

June 10, 2005                    *Freddie A. Parsons*
Date                             Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

MASSACHUSETTS  
DEPARTMENT OF CORRECTION  
Inmate Transaction History  
Summary Report

MCI NORFOLK

Inmate Name............ PARSONS     FREDDIE

Commitment number.... W70538

Period encompassed.... 12/1/2004 THRU     6/1/2005

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 240.20 | 127.41 | 367.61 |
| 20% of Six Month Average Daily Balance | 73.52 |  |  |
| Total Expenditures for Period |  |  | 786.42 |
| Total Income for Period |  |  | 724.55 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_  
MARSHA COLLINS, Treasurer

Time: 1:45 PM

Date: 6/6/05

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

_court_

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050606 13:09

Page: 1

| Commit# : | W70538 | | | | | MCI NORFOLK | | | |
| Name : | PARSONS, FREDDIE, , | | | Statement From | 20041201 | | | | |
| Inst : | MCI NORFOLK | | | To | 20050606 | | | | |
| Block : | 6-1 | | | | | | | | |
| Cell/Bed : | 210/A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,594.18 | $2,473.79 | $581.51 | $479.98 |
| 20041207 17:00 | IS - Interest | 3784141 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3784142 | | NOR | | $0.00 | $0.00 | $0.22 | $0.00 |
| 20041229 23:03 | PY - Payroll | 3907762 | | NOR | 20041212 To 20041218 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041229 23:03 | PY - Payroll | 3907763 | | NOR | 20041212 To 20041218 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050105 23:02 | PY - Payroll | 3938154 | | NOR | 20041219 To 20041225 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050105 23:02 | PY - Payroll | 3938155 | | NOR | 20041219 To 20041225 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050112 23:04 | PY - Payroll | 3971505 | | NOR | 20041226 To 20050101 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050112 23:04 | PY - Payroll | 3971506 | | NOR | 20041226 To 20050101 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050113 17:06 | IS - Interest | 3985151 | | NOR | | $0.30 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3985152 | | NOR | | $0.00 | $0.00 | $0.26 | $0.00 |
| 20050119 23:05 | PY - Payroll | 4015549 | | NOR | 20050102 To 20050108 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050119 23:05 | PY - Payroll | 4015550 | | NOR | 20050102 To 20050108 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050126 23:03 | PY - Payroll | 4044693 | | NOR | 20050109 To 20050115 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050126 23:03 | PY - Payroll | 4044694 | | NOR | 20050109 To 20050115 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050202 13:52 | ML - Mail | 4072925 | | NOR | CAN'T READ NAME ON MONEYORDER #0386049501, | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050202 13:52 | MA - Maintenance and Administration | 4072926 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050202 23:05 | PY - Payroll | 4077660 | | NOR | 20050116 To 20050122 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050202 23:05 | PY - Payroll | 4077661 | | NOR | 20050116 To 20050122 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050204 14:00 | ML - Mail | 4089999 | | NOR | NO NAME ON MONEYORDER #08-070200499, WESTERN UNION MO | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4114201 | | NOR | | $0.35 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4114202 | | NOR | | $0.00 | $0.00 | $0.30 | $0.00 |
| 20050209 23:05 | PY - Payroll | 4127825 | | NOR | 20050123 To 20050129 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050209 23:05 | PY - Payroll | 4127826 | | NOR | 20050123 To 20050129 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050216 23:05 | PY - Payroll | 4160465 | | NOR | 20050130 To 20050205 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050216 23:05 | PY - Payroll | 4160466 | | NOR | 20050130 To 20050205 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050222 09:32 | VI - Visitation | 4177018 | | NOR | SUSAN LANGE--LANGE, SUSAN, , | $66.12 | $0.00 | $0.00 | $0.00 |
| 20050223 23:04 | PY - Payroll | 4189447 | | NOR | 20050206 To 20050212 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050223 23:04 | PY - Payroll | 4189448 | | NOR | 20050206 To 20050212 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050302 23:03 | PY - Payroll | 4221075 | | NOR | 20050213 To 20050219 | $2.50 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050606 13:09

Page 2

| Commit# : | W70538 | | | | | MCI NORFOLK | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | PARSONS, FREDDIE, , | | | | Statement From | 20041201 | | | |
| Inst : | MCI NORFOLK | | | | To | 20050606 | | | |
| Block : | 6-1 | | | | | | | | |
| Cell/Bed : | 210 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050302 23:03 | PY - Payroll | 4221076 | | NOR | 20050213 To 20050219 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050304 11:17 | ML - Mail | 4233205 | | NOR | ELLEN ZUBER~ZUBER, ELLEN, | $31.00 | $0.00 | $0.00 | $0.00 |
| 20050304 11:17 | MA - Maintenance and Administration | 4233206 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050309 23:04 | PY - Payroll | 4256263 | | NOR | 20050220 To 20050226 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050309 23:04 | PY - Payroll | 4256264 | | NOR | 20050220 To 20050226 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050315 16:53 | IS - Interest | 4285220 | | NOR | | $0.79 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4285221 | | NOR | | $0.00 | $0.00 | $0.33 | $0.00 |
| 20050316 23:05 | PY - Payroll | 4303759 | | NOR | 20050227 To 20050305 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050316 23:05 | PY - Payroll | 4303760 | | NOR | 20050227 To 20050305 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050323 23:04 | PY - Payroll | 4335574 | | NOR | 20050306 To 20050312 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050323 23:04 | PY - Payroll | 4335575 | | NOR | 20050306 To 20050312 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050330 23:07 | PY - Payroll | 4366913 | | NOR | 20050313 To 20050319 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050330 23:07 | PY - Payroll | 4366914 | | NOR | 20050313 To 20050319 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050331 14:33 | IC - Transfer from Inmate to Club A/c | 4372901 | | NOR | 3/14/05 MED CO-PAY~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050331 14:33 | AT - Account Transfer | 4372900 | | NOR | FOR MED CO-PAY -W70538 PARSONS,FREDDIE  PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20050401 14:12 | ML - Mail | 4379107 | | NOR | Ellen Zuber~ZUBER, ELLEN, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050401 14:12 | MA - Maintenance and Administration | 4379109 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050406 23:04 | PY - Payroll | 4404471 | | NOR | 20050320 To 20050326 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050406 23:04 | PY - Payroll | 4404472 | | NOR | 20050320 To 20050326 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050408 16:48 | IS - Interest | 4425117 | | NOR | | $1.26 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4425118 | | NOR | | $0.00 | $0.00 | $0.43 | $0.00 |
| 20050413 23:05 | PY - Payroll | 4455380 | | NOR | 20050327 To 20050402 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050413 23:05 | PY - Payroll | 4455381 | | NOR | 20050327 To 20050402 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050414 09:27 | ML - Mail | 4461262 | | NOR | Atlas Ato~ATLAS, AUTO, , | $150.00 | $0.00 | $0.00 | $0.00 |
| 20050420 23:13 | PY - Payroll | 4486163 | | NOR | 20050403 To 20050409 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050420 23:13 | PY - Payroll | 4486164 | | NOR | 20050403 To 20050409 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050427 23:03 | PY - Payroll | 4516646 | | NOR | 20050410 To 20050416 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050427 23:03 | PY - Payroll | 4516647 | | NOR | 20050410 To 20050416 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050502 10:10 | EX - External Disbursement | 4532702 | 64081 | NOR | CAROL ANN GONZALEZ | $0.00 | $562.23 | $0.00 | $0.00 |
| 20050502 10:10 | MA - Maintenance and Administration | 4532704 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050606 13:09

Page : 3

| Commit# : | W70538 | | | | MCI NORFOLK | | | |
| Name : | PARSONS, FREDDIE, , | | | Statement From | 20041204 | | | |
| Inst : | MCI NORFOLK | | | To | 20050606 | | | |
| Block : | 6-1 | | | | | | | |
| Cell/Bed : | 210 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050504 23:07 | PY - Payroll | 4553004 | | NOR | 20050417 To 20050423 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050504 23:07 | PY - Payroll | 4553005 | | NOR | 20050417 To 20050423 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050511 14:19 | CI - Transfer from Club to Inmate A/c | 4584162 | | NOR | refund per D Jurdak  W70538 PARSONS,FREDDIE  PERSONAL  MEDICAL CO-PAYMENT - Z4 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20050511 14:19 | AT - Account Transfer | 4584163 | | NOR | refund per D Jurdak  W70538 PARSONS,FREDDIE  SAVINGS | $0.00 | $3.00 | $3.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4591481 | | NOR | | $1.69 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4591482 | | NOR | | $0.00 | $0.00 | $0.48 | $0.00 |
| 20050511 23:06 | PY - Payroll | 4605325 | | NOR | 20050424 To 20050430 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050511 23:06 | PY - Payroll | 4605326 | | NOR | 20050424 To 20050430 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050518 08:56 | ML - Mail | 4632092 | | NOR | Ellen Zuber ZUBER, ELLEN, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050518 08:56 | ML - Mail | 4632094 | | NOR | Ellen Zuber ZUBER, ELLEN, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050518 23:08 | PY - Payroll | 4639687 | | NOR | 20050501 To 20050507 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050518 23:08 | PY - Payroll | 4639688 | | NOR | 20050501 To 20050507 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050525 23:10 | PY - Payroll | 4671311 | | NOR | 20050508 To 20050514 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050525 23:10 | PY - Payroll | 4671312 | | NOR | 20050508 To 20050514 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050601 23:04 | PY - Payroll | 4701591 | | NOR | 20050515 To 20050521 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20050601 23:04 | PY - Payroll | 4701592 | | NOR | 20050515 To 20050521 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20050602 09:45 | EX - External Disbursement | 4706979 | 64577 | NOR | CAROL ANN GONZALEZ | $0.00 | $213.19 | $0.00 | $0.00 |
| 20050602 09:45 | MA - Maintenance and Administration | 4706981 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| | | | | | | $665.03 | $786.42 | $62.52 | $3.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | -$1.00 | $161.05 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| -$1.00 | $161.05 | $0.00 | $0.00 | $0.00 | $0.00 |