UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDDIE A. PARSONS,
        Petitioner

v.                                      C.A. No. 05-11315-REK

LUIS SPENCER,
        Respondent.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

    Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED without prejudice for the following reason(s):

    The Petitioner has made an insufficient showing that he is without assets to pay the $5.00 filing fee. The Petitioner is Ordered to pay the $5.00 filing fee within forty-two (42) days of the date of this Order. Failure to pay the filing fee as directed may result in dismissal of this action.

SO ORDERED.

June 28, 2005                /s/ Robert E. Keeton
DATE                          ROBERT E. KEETON
                                SENIOR, UNITED STATES DISTRICT JUDGE