UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Freddie Parsons            )
                           )
                           )
        v.                 )     C.A. No. 05-11315-REK
                           )
                           )
Luis Spencer               )

MOTION FOR STAY OF PROCEEDINGS TO ALLOW
PETITIONER OPPORTUNITY TO EXHAUST HIS
STATE COURT REMEDIES

Now comes the Petitioner in the above-entitled matter and respectfully moves this Honorable Court to stay the proceedings in this matter to allow the Petitioner the opportunity to exhaust his State Court remedies.

Petitoner states that he has raised two issues in his Petition for Habeas Corpus, one of which he is now informed has not been exhauseted in States Court.

The Attorney General for the Commonwealth of Massachusetts now seeks dismassal of the petition or in the alternative dismissal of this issue on the grounds it has not been exhausted in State Court.

Petitioner states that he has filed a motion in the Massachusetts Supreme Judicial Court seeking exhaustion of this issue.

WHEREFORE, Petitioner prays this Honorable Court will allow this motion and stay the proceedings until such time as this issue is resolved in the State Courts.

October 31, 2005

Respectfully submitted,

*Freddie Parsons*
Freddie Parsons
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056-0043