UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Freddie Parsons**
        **Plaintiff**

    **v.**

**Luis Spencer**
        **Defendant**

Civil Action No. **05-11315-REK**

## ORDER OF DISMISSAL

**Keeton, S.D.J.**

    In accordance with this Court's order dated **12/14/05**, it is ORDERED that the within action be and it is hereby dismissed without prejudice.

        By the Court,

        /s/ Karen Folan
        **Deputy Clerk**

Date **12/14/05**

[odism.]